# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: REAPPOINTMENT TO DOMESTIC : | No. 613 |
| : | |
| RELATIONS PROCEDURAL RULES : | CIVIL PROCEDURAL RULES DOCKET |
| : | |
| COMMITTEE : | |

## O R D E R

**PER CURIAM:**

AND NOW, this 30th day of January, 2015, Ellen M. Sweeney, Esquire, Montgomery County, is hereby reappointed as a member of the Domestic Relations Procedural Rules Committee for a term of three years commencing March 1, 2015.